# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ADAMCZYK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:08-cv-00078 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Griffin |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion to Dismiss (Doc. No. 9) ("Motion"). Plaintiff Robert Adamczyk then filed responsive materials (Doc. Nos. 14 & 17), and Defendant filed a Reply (Doc. No. 15). Subsequently, Magistrate Judge Griffin issued a Report and Recommendation (Doc. No. 18) ("Report") recommending that the Motion should be granted and that the Plaintiff's Complaint should be dismissed. *Id.* at 7. The Report was filed on December 29, 2010, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **DISMISSES** Plaintiff's Complaint.

It is so ORDERED.

Entered this ___22nd___ day of February, 2011.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT